IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wherry, Steve A | Case Number: 04 B 37118 |
|---|---|---|
| | Wherry, Carol A | Judge: Squires, John H |
| | Printed: 11/04/08 | Filed: 10/6/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 9, 2008
Confirmed: December 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 35,846.70 | |
| Secured: | | 6,774.09 |
| Unsecured: | | 19,811.62 |
| Priority: | | 4,282.00 |
| Administrative: | | 2,894.00 |
| Trustee Fee: | | 1,885.47 |
| Other Funds: | | 199.52 |
| Totals: | 35,846.70 | 35,846.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Turner Acceptance Corporation | Secured | 0.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 10,220.38 | 1,007.93 |
| 6. | Propel General Contractors | Secured | 4,193.54 | 4,193.54 |
| 7. | Auto Warehouse | Secured | 1,572.62 | 1,572.62 |
| 8. | Internal Revenue Service | Priority | 0.00 | 4,282.00 |
| 9. | Ford Motor Credit Corporation | Unsecured | 12,183.21 | 12,183.21 |
| 10. | Commonwealth Edison | Unsecured | 1,196.53 | 1,196.53 |
| 11. | Resurgent Capital Services | Unsecured | 512.32 | 512.32 |
| 12. | Asset Acceptance | Unsecured | 4,283.06 | 4,283.06 |
| 13. | Zalutsky & Pinski Ltd | Unsecured | 1,636.50 | 1,636.50 |
| 14. | Debra Kmic | Unsecured | | No Claim Filed |
| 15. | Blue Cross & Blue Shield | Unsecured | | No Claim Filed |
| | | | $ 38,692.16 | $ 33,761.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wherry, Steve A | Case Number: 04 B 37118 |
|---|---|---|
| | Wherry, Carol A | Judge: Squires, John H |
| | Printed: 11/04/08 | Filed: 10/6/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 212.52 |
| 4% | 86.36 |
| 3% | 75.16 |
| 5.5% | 393.08 |
| 5% | 116.83 |
| 4.8% | 223.30 |
| 5.4% | 778.22 |
| | $ 1,885.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

